IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE TEXAS CARPENTERS AND MILLWRIGHTS HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE CARPENTERS AND MILLWRIGHTS OF HOUSTON AND VICINITY PENSION TRUST FUND; AND TRUSTEES OF THE TEXAS CARPENTERS AND MILLWRIGHTS APPRENTICESHIP TRAINING FUND, | § § § § § § § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-13-1798 |
| EXHIBIT INSTALLATION SPECIALISTS, INC., | § § § § | |
| Defendants. | § § | |

**ORDER**

The Trustees of the Texas Carpenters and Millwrights Health and Welfare Trust Fund, Trustees of the Carpenters and Millwrights of Houston and Vicinity Pension Trust Fund, and the Trustees of the Texas Carpenters and Millwrights Apprenticeship Training Fund, sued Exhibit Installation Specialists, Inc. to collect principal sums, interest and fees, by an employee pension benefit plan, and employee welfare benefit plan alleging that by failing, refusing or neglecting to submit contribution reports and to pay delinquent employer contributions and interest to the plaintiffs' Funds, the defendant violated its Collective Bargaining Agreement, the Funds' participation and trust agreements, and the Employee Retirement Income Security Act of 1974, as amended. The plaintiffs moved for entry of default. (Docket Entry No. 7). The motion is granted.

The motion and supporting documents show that the defendant has been served but has failed to appear in this action. Entry of default is proper under Rule 55(a). No later than **October 25, 2013**, the plaintiffs must file a motion for judgment by default, providing proof of notice to the defendants; submit affidavits with supporting documentation of the plaintiffs' damages, including computation and explanation of any prejudgment interest sought; and submit affidavit evidence of any attorneys' fees sought, including a precise explanation of the reasonable charges for necessary service to prosecute this case.

SIGNED on September 30, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge